MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
knye@mcrazlaw.com
By: Michael McGrath, #6019
Kasey C. Nye, #20610

BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Phone: (303) 223-1100
Fax: (303) 223-1111
Email: mpankow@bhfs.com
jhantman@bhfs.com
By: Michael J. Pankow (Co. #21212)
Joshua M. Hantman (Co. #42010)
*Application for Limited Admission pending*

Proposed Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>REGIONAL CARE SERVICES CORP.,<br>    Debtor. | Chapter 11 Proceedings<br><br>No. 4:14-bk-01383-EWH |
| In re:<br>CASA GRANDE COMMUNITY HOSPITAL D/B/A CASA GRANDE REGIONAL MEDICAL CENTER,<br>    Debtor. | No. 4:14-bk-01384-BMW |
| In re:<br>REGIONAL CARE PHYSICIAN'S GROUP, INC.,<br>    Debtor. | No. 4:14-bk-01385-EWH |
| In re:<br>CASA GRANDE REGIONAL RETIREMENT COMMUNITY,<br>    Debtor. | No. 4:14-bk-01386-EWH |

**EXPEDITED MOTION FOR JOINT ADMINISTRATION OF ESTATES AND TRANSFER OF CASES TO ONE JUDGE**

Regional Care Services Corp. ("**RCSC**"), Casa Grande Community Hospital d/b/a Casa Grande Regional Medical Center ("**CGRMC**"), Regional Care Physician's Group, Inc. ("**RCPG**"), and Casa Grande Regional Retirement Community ("**CGRRC**") (collectively,

the "**Debtors**") hereby request that the Court enter an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy Procedure for the District of Arizona (the "**Local Rules**"), permitting the joint administration of the Debtors' chapter 11 cases (collectively, the "**Cases**") and for transfer of the Cases to one judge (the "**Motion**"). In support of this Motion, the Debtors rely on the Omnibus Declaration of Rona Curphy (the "**Curphy Declaration**"), and the following Memorandum of Points and Authorities:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The relief requested herein is predicated upon Rule 2014(a) of the Local Rules. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. FACTUAL BACKGROUND

### A. The Debtors

2. On the date hereof (the "**Petition Date**"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their property and management of their business as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108. There has been no official committee of unsecured creditors appointed as of the date hereof.

3. RCSC is an Arizona non-profit corporation that is exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended. RCSC was incorporated in 1997 for charitable and educational purposes, and has the purpose of benefiting, performing the functions of, and carrying out the purposes of CGRMC. RCSC is the sole member and sponsor of CGRMC, RCPG and CGRRC. RCSC board of directors consists of five members (four independent members and one physician).

As of the Petition Date, RCSC's management consists of Rona Curphy as President, Karen Francis as Chief Financial Officer, and John Robert McEvoy as Secretary/Treasurer.

4. CGRMC is a 177-licensed bed, general acute care hospital located in Casa Grande, Arizona. CGRMC is an Arizona non-profit corporation that is exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended. CGRMC was incorporated in November 1981 and is sponsored by RCSC.  CGRMC conducts the operations and receipt collections for the Debtors. CGRMC is also the signatory for the hospital's equipment and capital leases.

5. RCPG is an Arizona non-profit corporation that is exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended. RCPG was incorporated in 2008 with the purpose of providing medical services, medical programs and health care for the benefit of patients in the service area of Casa Grande, and to manage the operations of employed physicians that had formerly been under Casa Grande's operations. As of the Petition Date, RCPG's management consists of Rona Curphy, as President and Chief Executive Officer, and Karen Francis as Chief Financial Officer.  RCPG currently employs six physicians.  Those include one neurologist, one OB/GYN physician, one GYN physician, two general surgeons, and one general & vascular surgeon.

6. CGRRC is an Arizona non-profit corporation that is exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended. CGRRC was incorporated in 1989 with the purpose of, among other things, providing elderly and handicapped persons housing facilities and services specially designed to meet specific physical, social, and psychological needs.  CGRRC is the borrower on the loan for the urgent care building utilized under hospital operations but there has been no activity in this organization since 2005. As of the Petition Date, CGRRC's management consists of

Rona Curphy as President, Cherie McGlynn as Chairman, David Fitzgibbons as Vice Chairman, and John Robert McEvoy as Secretary/Treasurer.

7. Events leading up to the Debtors' chapter 11 filings and circumstances supporting the relief requested herein are further described in the Curphy Declaration.

## III. RELIEF REQUESTED

8. Debtors respectfully request that the Court enter an order permitting joint administration of the Debtors' Cases and for transfer of the Cases to one judge pursuant to Rule 1015(b) of the Bankruptcy Rules and Rule 1015-1 of the Local Rules.

## IV. BASIS FOR RELIEF

**A. Federal and Local Rules Authorize this Court to Permit Joint Administration of the Cases and to Transfer Them to One Judge.**

9. Rule 1015(b) of the Bankruptcy Rules allows for joint administration where the debtor entities are affiliated entities with proceedings pending in the same court. Specifically, Rule 1015(b) provides, in relevant part:

> If a joint petition or two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order a joint administration of the estates.

Fed. R. Bankr. P. 1015(b).

10. Rule 1015-1 under the Local Rules similarly provides for joint administration whenever more than one bankruptcy case is filed or pending in which the debtor entities are related or the cases are otherwise related.

11. The Debtors have all filed their respective petitions for relief in the Bankruptcy Court for the District of Arizona. While some of the Debtors are not operating entities, the functions of all are interrelated with creditors typically dealing with the Debtors as one hospital entity. In fact, all the Debtors are seller entities in the contemplated sale transaction in the Cases. As such, the majority of motions, hearings, and orders in these cases will affect all Debtors. Aside from sharing creditors, the Debtors share common

management and are part of one central healthcare system operated primarily by Casa Grande.

12. Joint administration of these bankruptcy cases will not result in any prejudice to the Debtors' creditors or other parties-in-interest. In fact, joint administration serves the best interests of these bankruptcy estates and judicial economy since the Cases would be overseen by the same judicial officer, the Bankruptcy Judge.

13. Joint administration of the Cases would facilitate the administration process and would ease the burden and expense of administering the estates. On the other hand, the Debtors may face undue burden and expense if the Cases are not jointly administered as creditors would receive duplicate notices and mailings, and Debtors would be required to file duplicative pleadings in each case.

## V. NOTICE

14. Notice of this Motion will be given to: (a) the U.S. Trustee for the District of Arizona; (b) the Debtors' twenty (20) largest unsecured creditors; (c) Banner Health, the Debtors' proposed post-petition lender; and (d) all secured lenders of the Debtors. The Debtors submit that, under the circumstances, no other or further notice is required.

**WHEREFORE**, Debtors respectfully request this Court order the joint administration of Regional Care Services Corp., Casa Grande Community Hospital d/b/a Casa Grande Regional Medical Center, Regional Care Physician's Group, Inc., and Casa Grande Regional Retirement Community under the case of: ***Regional Care Services Corp.***, Case No. 4:14-bk-01383-EWH, and the transfer of the Cases to Judge Eileen W. Hollowell. Further, the Debtors request the Court enter an order approving this Motion. If no objection is filed within fourteen (14) days of the date of the notice, the Court's order granting joint

///

///

administration will become final.  If an objection is filed, the Debtors will promptly request a hearing on such objection.

Dated: February 4, 2014.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
    Michael J. Pankow
    Joshua M. Hantman

-AND-

MESCH, CLARK & ROTHSCHILD, P.C.


By:   s/Kasey C. Nye, #20610
    Michael McGrath
    Kasey C. Nye
    *Proposed Attorneys for Debtors*

20P716102