**ORDERED.**

**Dated: February 12, 2014**



*Eileen W. Hollowell, Bankruptcy Judge*
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>REGIONAL CARE SERVICES CORP.,<br>    Debtor. | Chapter 11 Proceedings<br><br>No. 4:14-bk-01383-EWH |
| In re:<br>CASA GRANDE COMMUNITY HOSPITAL D/B/A CASA GRANDE REGIONAL MEDICAL CENTER,<br>    Debtor. | No. 4:14-bk-01384-BMW |
| In re:<br>REGIONAL CARE PHYSICIAN'S GROUP, INC.,<br>    Debtor. | No. 4:14-bk-01385-EWH |
| In re:<br>CASA GRANDE REGIONAL RETIREMENT COMMUNITY,<br>    Debtor. | No. 4:14-bk-01386-EWH<br><br>**ORDER AND NOTICE OF THE TIME WITHIN WHICH TO FILE PROOFS OF CLAIM** |

**TO: ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST:**

Based on the oral motion of counsel in open court at the hearing conducted February 7, 2014, and good cause appearing,

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

    1. The United States Bankruptcy Court has fixed **April 15, 2014** as the last day by which any and all creditors and equity holders must file a claim in these proceedings. Any party incurring damages as the result of the rejection of any executory contract shall have thirty (30) days after such rejection to file a claim.

    2. The Debtors have filed lists of creditors pursuant to Rule 1007. Unless previously ordered otherwise by the Court, any creditor holding a listed claim which is *not* scheduled as disputed, contingent, or unliquidated as to amount, *may, but need not*, file a proof of claim in this case. Creditors whose claims *are not listed or whose claims are scheduled as disputed, contingent, or unliquidated as to amount* and who desire to participate in these cases or share in any distribution *must* file their proof of claim no later than **April 15, 2014**. Any creditor who desires to rely on the list has the responsibility for determining whether the claim is accurately scheduled.

    3. This deadline for filing claims applies to creditors, including the United States and the District Director of Internal Revenue for the District of Arizona and the State of Arizona, and any subdivisions thereof, whether such claim is listed in the schedules or amendments thereto as disputed, unliquidated, contingent, or unknown; whether a disagreement as to amount exists; or, whether such asserted claim or interest is against any assets alleged to be property of the estate. Proofs of claim or interest previously filed shall be accepted as complying with the Court's Order. All claimants must file a proof of claim in these Chapter 11 proceedings or be forever barred from receiving a dividend from the estate.

    4. All proofs of claim are to be mailed to the Debtors' Claims and Noticing Agent, Epiq Bankruptcy Solutions, LLC as follows:

| **If by First-Class Mail:** | **If by Hand Delivery or Overnight Mail:** |
|---|---|
| Regional Care Services Corp, Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5112<br>New York, NY 10150-5112 | Regional Care Services Corp, Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |

    5. All proofs of claim shall be in the form prescribed by §501 of the United States Bankruptcy Code, and must be accompanied by all supporting evidentiary documents clearly indicating the nature of the claim, the amount of the claim, the date of the claim, and the name and address of the individual or business entity claiming such interest.

**DATED AND SIGNED ABOVE.**