UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re:<br><br>REGIONAL CARE SERVICES CORP.,  ☐<br>CASA GRANDE COMMUNITY HOSPITAL ☐<br>D/B/A CASA GRANDE REGIONAL MEDICAL CENTER,<br>REGIONAL CARE PHYSICIAN'S GROUP,  ☐<br>INC., and<br>CASA GRANDE REGIONAL RETIREMENT ☐<br>COMMUNITY,<br><br>    Debtors. | Chapter 11 Proceedings<br><br>Case Nos. 4:14-bk-01383-EWH<br>            4:14-bk-01384-EWH<br>            4:14-bk-01385-EWH<br>            4:14-bk-01386-EWH<br>            (Joint Administration) |
|---|---|
| This Filing Applies to:<br><br>[x] All Debtors<br>[ ] Specified Debtor(s) | **ORDER APPROVING MOTION TO WITHDRAW MOTION TO APPROVE PLAN SUPPORT AGREEMENT AND VACATE EVIDENTIARY HEARING** |

    Regional Care Services Corp. ("**RCSC**"), Casa Grande Community Hospital d/b/a Casa Grande Regional Medical Center ("**CGRMC**"), Regional Care Physician's Group, Inc. ("**RCPG**"), and Casa Grande Regional Retirement Community ("**CGRRC**") (collectively, the "**Debtors**") filed their Motion to Approve Plan Support Agreement (the "**PSA Motion**") (DE #27) and was set for hearing on February 28, 2014 (DE #61). Hearing on the PSA Motion was rescheduled for February 27, 2014 (DE #98). On February 26, 2014, Banner Health filed a joinder to the PSA Motion (DE #143) and declaration in support of the PSA

Motion (DE #144). On February 26, the U.S. Trustee filed a response to Banner Health's Joinder (DE #145), and Dignity Health filed an objection to the PSA Motion (DE #147).

At the February 27, 2014 hearing, the Court set the matter for evidentiary hearing on March 17, 2014 at 9:00 a.m. On March 5, 2014, the Debtors' filed the *Motion to Withdraw Motion to Approve Plan Support Agreement and Vacate Evidentiary Hearing* (the "Withdrawal Motion") (DE #192), and on March 6, 2014 Debtors requested an expedited hearing to consider the Withdrawal Motion (DE #198) and lodged a proposed order granting an expedited hearing (DE #202). Dignity Health filed its *Objection to "Motion for Expedited Hearing on Motion to Withdraw of Plan and Support Agreement and to Vacate Evidentiary Hearing"* (DE #201) and lodged a second order to expedite the hearing to consider the Withdrawal Motion (DE #204).

On March 10, 2014, the Court entered the Debtors' order (DE #208) setting the Withdrawal Motion for an expedited hearing on March 11, 2014 at 10:00 a.m. with the directive that any responsive pleadings be filed no later than 6:00 p.m. on March 10, 2014.

The Court having conducted a hearing on the Withdrawal Motion on March 11, 2014, having considered the argument of counsel, the entire record in this case, for the reasons recited on the record at the hearing, and other good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors' *Motion to Withdraw Motion to Approve Plan Support Agreement and Vacate Evidentiary Hearing* is granted. *EWH*

2. ~~The *Motion to Approve Plan Support Agreement* is withdrawn.~~

3. ~~The contested matter to consider the *Motion to Approve Plan Support Agreement* is terminated.~~ *EWH*

4. ~~The evidentiary hearing scheduled on March 17, 2014 at 9:00 a.m. is vacated.~~

**DATED AND SIGNED ABOVE.**

20U4133.DOCX

2